■ SASE NARINE et al., Appellants, v SPENCE-CHAPIN ADOPTION SERVICES, INC., Respondent.—Order, Supreme Court, New York County (Bruce Wright, J.), entered on May 8, 1985, unanimously affirmed for the reasons stated by Wright, J., at

Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Asch, Rosenberger and Wallach, JJ.